UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF FLORIDA
_____ DIVISION

IN RE:                                    }        CASE NUMBER
                                          }        ___08-27284_____
   Pharmacy Distributor Services, Inc.   }
                                          }        JUDGE____ Erik Kimball_____
                                          }
DEBTOR.                                   }        CHAPTER 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM ___11/13/2008__ TO __11/30/2008__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.



_____
Attorney for Debtor's Signature


Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

_Pharmacy Distributor Services, Inc.___   _Eric A. Rosen, P.A._____

_112 Intracoastal Pointe Dr._____    _2925 PGA Blvd, Suite 200_____

_Jupiter, FL 33477_____    _Palm Beach Gardens, FL 33410_____

_1-800-440-2417_____    _(561) 296-3030_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.


MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING _____11/13/2008_____ AND ENDING___11/30/2008___

Name of Debtor:  Pharmacy Distributor Services,Inc.     Case Number ___08-27284___

Date of Petition: 11/13/2008

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 36320.32 (a) | (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 77943.93 | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 77943.93 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 114264.25 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 617.41 | |
| C. Contract Labor | 3250.00 | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 4359.98 | |
| F. Inventory Payments *(See Attach. 2)* | 8018.50 | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 93.07 | |
| J. Payroll - Net *(See Attachment 4B)* | 50204.30 | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | 13928.23 | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 3758.08 | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | 626.33 | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | 33.80 | |
| W. Other Operating Expenses *(See MOR-3)* | 1215.17 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 86104.87 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 28159.38 (c) | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This __16__ day of __January__, 20 _09_ .

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Postage | 174.60 | |
| Payroll Expenses | 196.98 | |
| Shipping Materials | 318.26 | |
| Noble house software | 277.35 | |
| Membership E fax | 21.26 | |
| Business Promotion | 226.72 | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 1215.17 | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

3:30 PM
December 22, 2008
Cash Basis

# PHARMACY DISTRIBUTOR SERVICES, INC.
## Profit & Loss
November 13 - 30, 2008

| | Nov 13 - 30, 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4010 · SALES | 114,254.25 |
| **Total Income** | 114,254.25 |
| | |
| **Gross Profit** | 114,254.25 |
| | |
| **Expense** | |
| 5020 · SHIPPING MATERIALS | 318.26 |
| 6030 · AUTO- GAS/MILEAGE/MAINTENANCE | 33.80 |
| 6050 · BANK SERVICE CHARGES | 290.77 |
| 6060 · CREDIT CARD FEE | 326.64 |
| 6070 · INDEPENDENT CONTRACTOR | |
| 6077 · INDEPENDENT CONTRACT-NEW BUSIN | 3,250.00 |
| Total 6070 · INDEPENDENT CONTRACTOR | 3,250.00 |
| | |
| 6090 · PAYROLL-WAGES | 50,204.30 |
| 6100 · PAYROLL TAXES | 3,758.08 |
| 6101 · PAYROLL-AFLAC | (271.14) |
| 6103 · PAYROLL - HEALTH INSURANCE | (417.42) |
| 6150 · MEMBERSHIPS & SUBSCRIPTIONS | 21.26 |
| 6180 · TRAVEL & ENTERTAINMENT | 106.69 |
| 6220 · INSURANCE | |
| 6225 · WORKERS' COMP | 814.54 |
| Total 6220 · INSURANCE | 814.54 |
| | |
| 6230 · HEALTH INSURANCE | 4,234.00 |
| 6300 · OFFICE SUPPLIES & EXPENSES | |
| 6303 · STAPLES OFFICE EXPENSE | 69.38 |
| 6300 · OFFICE SUPPLIES & EXPENSES - Other | 23.69 |
| Total 6300 · OFFICE SUPPLIES & EXPENSES | 93.07 |
| | |
| 6350 · POSTAGE | |
| 6351 · FEDEX POSTAGE | 174.60 |
| Total 6350 · POSTAGE | 174.60 |
| | |
| 6500 · RENT | |
| 6502 · RENT-INTRACOASTAL POINTE | 13,928.23 |
| Total 6500 · RENT | 13,928.23 |
| | |
| 6560 · PAYROLL EXPENSES | 196.98 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| 7000 · TRAVEL & HOTEL EXPENSE | 519.64 |
| 7020 · BUSINESS PROMOTION EXPENSES | 226.72 |
| 7086 · NOBLE HOUSE TECH SUPPORT MONTHL | 277.35 |
| **Total Expense** | 78,086.37 |
| | |
| **Net Ordinary Income** | 36,167.88 |
| | |
| **Other Income/Expense** | |

3:30 PM
December 22, 2008
Cash Basis

## PHARMACY DISTRIBUTOR SERVICES, INC.
## Profit & Loss
November 13 - 30, 2008

|  | Nov 13 - 30, 08 |
|---|---|
| **Other Expense** | |
| 5013 · INVENTORY-TEST STRIPS | 5,089.58 |
| 4410 inventory | 1,180.50 |
| 5016 · INVENTORY-PEN NEEDLES | 1,386.00 |
| 5018 · INVENTORY-METERS | 362.42 |
| **Total Other Expense** | 8,018.50 |
| **Net Other Income** | (8,018.50) |
| **Net Income** | 28,149.38 |

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Pharmacy Distributor Services, Inc.     Case Number:    08-27284

Reporting Period beginning     11/13/2008          Period ending        11/30/2008

ACCOUNTS RECEIVABLE AT PETITION DATE:      241462.04

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   241462.04 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $   56867.64 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $  298329.68 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

---

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 163278.67 | $ 53021.85 | $ 26021.95 | $ 56007.21 | $  298329.68  (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Pharmacy Distributor Services, Inc.        Case Number:  08-27284

Reporting Period beginning  11/13/2008        Period ending  11/30/2008

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 11/13/2008 | | Ikon | Copies | 821.32 |
| 11/13/2008 | | Office Depot | Office Supplies | 222.22 |
| 11/13/2008 | | UPS | Shipping | 1956.72 |
| 11/13/2008 | | Pharma Suppy | Inventory | 12785.00 |
| 11/17/2008 | | Pharma supply | Inventory | 12215.00 |
| 11/26/2008 | | Payless | Inventory | 2820.00 |
| 11/18/2008 | | Global | Inventory | 2793.50 |

TOTAL AMOUNT                                                    33613.76  (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 119268.63 | |
| MINUS: Amount Paid on Post Petition. | | |
| Accounts Payable This Month | $ 86104.87 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 33613.76 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: __Pharmacy Distributor Services, Inc.__     Case Number: 08-27284

Reporting Period beginning __11/13/2008__     Period ending __11/30/2008__

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ 48025.75
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $ 48025.75 (a)
      PLUS: Inventory Purchased During Month     $ 38632.00
      MINUS: Inventory Used or Sold     $ 36138.02
      PLUS/MINUS: Adjustments or Write-downs     $ *
    Inventory on Hand at End of Month     $ 50519.73

METHOD OF COSTING INVENTORY: __Cost of Inventory__

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ____ % | ____ % | ____ % | ____ % | = ____ 100% * |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: __9460.00__ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): __2004 Cadillac Escalade__

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $ 9460.00 (a)(b)
    MINUS: Depreciation Expense     $ 0
    PLUS: New Purchases     $ 0
    PLUS/MINUS: Adjustments or Write-downs     $ 0 *
Ending Monthly Balance     $ 9460.00

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

---

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6

## ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Pharmacy Distributor Services, Inc.          Case Number:      08-27284

Reporting Period beginning   11/13/2008                   Period ending     11/30/2008

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Wachovia                          BRANCH: _____

ACCOUNT NAME:   Operating DIB                ACCOUNT NUMBER:  2000043881239

PURPOSE OF ACCOUNT:        OPERATING

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $  32975.61 |  |
| Plus Total Amount of Outstanding Deposits | $ |  |
| Minus Total Amount of Outstanding Checks and other debits | $  4895.77 | * |
| Minus Service Charges | $ |  |
| Ending Balance per Check Register | $  28079.84 | **(a) |

**\*Debit cards are used by__ Lourdes Eizenman** _____

**\*\*If Closing Balance is negative, provide explanation:** _____

_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 31651.71  Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

10:49 AM

January 9, 2009

# PHARMACY DISTRIBUTOR SERVICES, INC.
## Reconciliation Summary
1005 · OPERATING DIB, Period Ending 11/30/2008

|  | Nov 30, 08 |
| --- | --- |
| **Beginning Balance** | 0.00 |
| Cleared Transactions | |
| Checks and Payments - 11 items | (38,208.03) |
| Deposits and Credits - 10 items | 71,183.64 |
| **Total Cleared Transactions** | 32,975.61 |
| **Cleared Balance** | **32,975.61** |
| Uncleared Transactions | |
| Checks and Payments - 3 items | (4,895.77) |
| **Total Uncleared Transactions** | (4,895.77) |
| **Register Balance as of 11/30/2008** | **28,079.84** |
| New Transactions | |
| Checks and Payments - 100 ite... | (228,209.10) |
| Deposits and Credits - 60 items | 226,015.74 |
| **Total New Transactions** | (2,193.36) |
| **Ending Balance** | **25,886.48** |

# Custom Business Checking

WACHOVIA

01    2000043881239  036  130          0    38        128,070

00044801 02 AV 0.449 02  5DG 162

|..||..||..|.|..||..|.|.|.||..||..||...||.|.|.||.|

PHARMACY DISTRIBUTOR SERVICES, INC.
DEBTOR IN POSSESSION                    CB
BK 08-27284-EPK
112 INTRACOASTAL POINTE DRIVE
JUPITER FL 33477

---

# Custom Business Checking

11/19/2008 thru 11/28/2008

Account number:    2000043881239
Account owner(s):  PHARMACY DISTRIBUTOR SERVICES, INC.
                   DEBTOR IN POSSESSION
                   BK 08-27284-EPK

## Account Summary

| | |
|---|---|
| Opening balance 11/19 | $0.00 |
| Deposits and other credits | 71,183.64 + |
| Checks | 6,525.86 - |
| Other withdrawals and service fees | 31,682.17 - |
| Closing balance 11/28 | $32,975.61 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/19 | 35,437.29 | ASAP CREDIT TRANSFER 2000034352939 |
| 11/21 | 177.99 | REMOTE DEPOSIT CAPTURE |
| 11/21 | 1,350.43 | REMOTE DEPOSIT CAPTURE |
| 11/21 | 1,445.18 | COUNTER DEPOSIT |
| 11/21 | 4,221.42 | COUNTER DEPOSIT |
| 11/25 | 1,022.48 | REMOTE DEPOSIT CAPTURE |
| 11/25 | 7,900.68 | REMOTE DEPOSIT CAPTURE |
| 11/26 | 138.09 | REMOTE DEPOSIT CAPTURE |
| 11/26 | 19,260.23 | COUNTER DEPOSIT |
| 11/28 | 229.85 | TRANSFER FROM 2000034352939 |
| Total | $71,183.64 | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 1002 | 391.10 | 11/24 | 1005 | 2,566.50 | 11/25 | Total | $6,525.86 | |
| 1004* | 3,250.00 | 11/26 | 1007* | 318.26 | 11/28 | | | |

* Indicates a break in check number sequence

---



# Custom Business Checking

| 02 | 2000043881239 | 036 | 130 | 0 | 38 | 128,071 |

**WACHOVIA**

---

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/25 | 17,723.48 | FUNDS TRANSFER  (ADVICE 2008112500054749) SENT TO  KEYBANK NATIONAL / BNF=COMPUPAY INC. OBI=PHARMACY DISTRIBUTOR SERVICES RFB=20000708PHARDIST 11/25/08  03:00PM ET |
| 11/26 | 30.46 | AUTOMATED DEBIT  HARLAND CLARKE  CHK ORDERS CO. ID. 9500021440 081126 PPD MISC 090 08329009130 |
| 11/26 | 13,928.23 | FUNDS TRANSFER  (ADVICE 2008112600036767) SENT TO  PDS PARTNERS, LLC/ BNF=PHARMACY DISTRIBUTOR SERVICES OBI= RFB=20000709PHARDIST 11/26/08  11:59AM ET |
| **Total** | **$31,682.17** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/19 | 35,437.29 | 11/24 | 42,241.21 | 11/26 | 33,064.02 |
| 11/21 | 42,632.31 | 11/25 | 30,874.39 | 11/28 | 32,975.61 |

---

**WACHOVIA BANK, N.A. , JUPITER CREEK**

# Custom Business Checking

**WACHOVIA**

03        2000043881239   036   130          0   38        128,072

---

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD    (For the Hearing Impaired) | 800-388-2234 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28256-3966 |

### To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | | | | |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

---

WACHOVIA BANK, N.A. , JUPITER CREEK

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  Pharmacy Distributor Services, Inc.   Case Number:   08-27284

Reporting Period beginning   11/13/2008          Period ending    11/30/2008

NAME OF BANK:  Wachovia            BRANCH: _____

ACCOUNT NAME:   Operating DIP _____

ACCOUNT NUMBER:   2000043881239 _____

PURPOSE OF ACCOUNT:        OPERATING _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                $ _____

5:05 PM

December 22, 2008

## PHARMACY DISTRIBUTOR SERVICES, INC.
## Check Detail
### November 13 - 30, 2008

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 11/13/2008 | COMPUPAY | | 1010 · WACHO... | | (12,041.32) |
| | | | | | 6090 · PAYRO... | (16,705.72) | 16,705.72 |
| | | | | | 2210 · PAYRO... | 4,049.81 | (4,049.81) |
| | | | | | 6101 · PAYRO... | 90.38 | (90.38) |
| | | | | | 6103 · PAYRO... | 139.14 | (139.14) |
| | | | | | 6090 · PAYRO... | 385.07 | (385.07) |
| TOTAL | | | | | | (12,041.32) | 12,041.32 |
| Check | | 11/13/2008 | COMPUPAY | | 1010 · WACHO... | | (65.66) |
| | | | | | 6560 · PAYRO... | (65.66) | 65.66 |
| TOTAL | | | | | | (65.66) | 65.66 |
| Check | | 11/13/2008 | COMPUPAY | | 1010 · WACHO... | | (144.26) |
| | | | | | 6225 · WORKE... | (144.26) | 144.26 |
| TOTAL | | | | | | (144.26) | 144.26 |
| Check | | 11/13/2008 | QUICKBOOKS... | | 1010 · WACHO... | | (0.52) |
| | | | | | 6060 · CREDIT ... | (0.52) | 0.52 |
| TOTAL | | | | | | (0.52) | 0.52 |
| Bill Pmt -Che... | | 11/13/2008 | Payless Distri... | | 1010 · WACHO... | | (4,452.00) |
| Bill | | 11/13/2008 | | STRIP... | 5013 · INVENT... | (1,992.00) | 1,992.00 |
| | | | | STRIP... | 5013 · INVENT... | (1,476.00) | 1,476.00 |
| | | | | STRIP... | 5013 · INVENT... | (984.00) | 984.00 |
| TOTAL | | | | | | (4,452.00) | 4,452.00 |
| Check | | 11/13/2008 | COMPUPAY | | 1010 · WACHO... | | (5,310.27) |
| | | | | | 2210 · PAYRO... | (4,049.81) | 4,049.81 |
| | | | | | 6100 · PAYRO... | (1,260.46) | 1,260.46 |
| TOTAL | | | | | | (5,310.27) | 5,310.27 |
| Bill Pmt -Che... | | 11/13/2008 | PDS HEALTH | | 1010 · WACHO... | | (1,000.00) |
| Bill | 1104 | 08/27/2008 | | STRIP... | 5013 · INVENT... | (637.58) | 4,750.00 |
| | | | | METE... | 5018 · INVENT... | (362.42) | 2,700.00 |
| TOTAL | | | | | | (1,000.00) | 7,450.00 |

5:05 PM

December 22, 2008

# PHARMACY DISTRIBUTOR SERVICES, INC.
## Check Detail
### November 13 - 30, 2008

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Bill Pmt -Che... | | 11/14/2008 | CHASE CARD ... | | 1010 · WACHO... | | (1,500.00) |
| Bill | | 12/28/2007 | | | 6150 · MEMBE.. | (21.26) | 35.90 |
| | | | | | 6060 · CREDIT ... | (324.22) | 547.33 |
| | | | | | 6351 · FEDEX ... | (174.60) | 294.75 |
| | | | | | 6180 · TRAVEL... | (106.69) | 180.11 |
| | | | | | 7000 · TRAVEL... | (519.64) | 877.25 |
| | | | | | 6030 · AUTO- ... | (33.80) | 57.05 |
| | | | | | 6303 · STAPLE... | (69.38) | 117.13 |
| | | | | | 6300 · OFFICE ... | (23.69) | 39.99 |
| | | | | | 7020 · BUSINE... | (226.72) | 382.74 |
| TOTAL | | | | | | (1,500.00) | 2,532.25 |
| Check | | 11/17/2008 | QUICKBOOKS... | | 1010 · WACHO... | | (1.73) |
| | | | | | 6060 · CREDIT ... | (1.73) | 1.73 |
| TOTAL | | | | | | (1.73) | 1.73 |
| Check | | 11/19/2008 | QUICKBOOKS... | | 1010 · WACHO... | | (0.17) |
| | | | | | 6060 · CREDIT ... | (0.17) | 0.17 |
| TOTAL | | | | | | (0.17) | 0.17 |
| Check | | 11/20/2008 | COMPUPAY | | 1010 · WACHO... | | (391.10) |
| | | | | | 6090 · PAYRO... | (391.10) | 391.10 |
| TOTAL | | | | | | (391.10) | 391.10 |
| Check | | 11/20/2008 | COMPUPAY | | 1010 · WACHO... | | (11,965.82) |
| | | | | | 6090 · PAYRO... | (16,607.48) | 16,607.48 |
| | | | | | 2210 · PAYRO... | 4,021.04 | (4,021.04) |
| | | | | | 6101 · PAYRO... | 90.38 | (90.38) |
| | | | | | 6103 · PAYRO... | 139.14 | (139.14) |
| | | | | | 6090 · PAYRO... | 391.10 | (391.10) |
| TOTAL | | | | | | (11,965.82) | 11,965.82 |
| Check | | 11/20/2008 | COMPUPAY | | 1010 · WACHO... | | (5,273.95) |
| | | | | | 2210 · PAYRO... | (4,021.04) | 4,021.04 |
| | | | | | 6100 · PAYRO... | (1,252.91) | 1,252.91 |
| TOTAL | | | | | | (5,273.95) | 5,273.95 |
| Check | | 11/20/2008 | COMPUPAY | | 1010 · WACHO... | | (65.66) |
| | | | | | 6560 · PAYRO... | (65.66) | 65.66 |
| TOTAL | | | | | | (65.66) | 65.66 |

5:05 PM

December 22, 2008

# PHARMACY DISTRIBUTOR SERVICES, INC.
## Check Detail
### November 13 - 30, 2008

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | | 11/20/2008 | COMPUPAY | | 1010 · WACHO... | | (143.23) |
| | | | | | 6225 · WORKE... | (143.23) | 143.23 |
| TOTAL | | | | | | (143.23) | 143.23 |
| Check | | 11/26/2008 | COMPUPAY | | 1005 · OPERA... | | (11,892.48) |
| | | | | | 6090 · PAYRO... | (16,500.00) | 16,500.00 |
| | | | | | 2210 · PAYRO... | 3,993.58 | (3,993.58) |
| | | | | | 6101 · PAYRO... | 90.38 | (90.38) |
| | | | | | 6103 · PAYRO... | 139.14 | (139.14) |
| | | | | | 6090 · PAYRO... | 384.42 | (384.42) |
| TOTAL | | | | | | (11,892.48) | 11,892.48 |
| Check | | 11/26/2008 | COMPUPAY | | 1005 · OPERA... | | (5,238.29) |
| | | | | | 2210 · PAYRO... | (3,993.58) | 3,993.58 |
| | | | | | 6100 · PAYRO... | (1,244.71) | 1,244.71 |
| TOTAL | | | | | | (5,238.29) | 5,238.29 |
| Check | | 11/26/2008 | COMPUPAY | | 1005 · OPERA... | | (65.66) |
| | | | | | 6560 · PAYRO... | (65.66) | 65.66 |
| TOTAL | | | | | | (65.66) | 65.66 |
| Check | | 11/26/2008 | COMPUPAY | | 1005 · OPERA... | | (142.63) |
| | | | | | 6225 · WORKE... | (142.63) | 142.63 |
| TOTAL | | | | | | (142.63) | 142.63 |
| Bill Pmt -Che... | | 11/26/2008 | PDS PARTNE... | | 1005 · OPERA... | | (13,928.23) |
| Bill | | 11/26/2008 | | | 6502 · RENT-I... | (13,928.23) | 13,928.23 |
| TOTAL | | | | | | (13,928.23) | 13,928.23 |
| Check | | 11/26/2008 | WACHOVIA B... | | 1004 · TAX AC... | | (30.46) |
| | | | | | 6050 · BANK S... | (30.46) | 30.46 |
| TOTAL | | | | | | (30.46) | 30.46 |
| Check | | 11/28/2008 | WACHOVIA B... | | 1010 · WACHO... | | (229.85) |
| | | | | | 6050 · BANK S... | (229.85) | 229.85 |
| TOTAL | | | | | | (229.85) | 229.85 |
| Bill Pmt -Che... | 1002 | 11/21/2008 | JOSE BENITEZ | | 1005 · OPERA... | | (391.10) |
| Bill | | 11/21/2008 | | | 6090 · PAYRO... | (391.10) | 391.10 |
| TOTAL | | | | | | (391.10) | 391.10 |

Page 3

5:05 PM

December 22, 2008

# PHARMACY DISTRIBUTOR SERVICES, INC.
## Check Detail
November 13 - 30, 2008

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Bill Pmt -Che... | 1003 | 11/21/2008 | AETNA | | 1005 · OPERA... | | (4,234.00) |
| Bill | | 11/01/2008 | | | 6230 · HEALTH... | (4,234.00) | 4,234.00 |
| TOTAL | | | | | | (4,234.00) | 4,234.00 |
| | | | | | | | |
| Bill Pmt -Che... | 1004 | 11/21/2008 | NY FINEST MA... | | 1005 · OPERA... | | (3,250.00) |
| Bill | | 11/21/2008 | | | 6077 · INDEPE... | (3,250.00) | 3,250.00 |
| TOTAL | | | | | | (3,250.00) | 3,250.00 |
| | | | | | | | |
| Bill Pmt -Che... | 1005 | 11/21/2008 | GLOBAL MEDI... | | 1005 · OPERA... | | (2,566.50) |
| Bill | | 10/27/2008 | | PEN N... | 5016 · INVENT... | (630.00) | 630.00 |
| | | | | PEN N... | 5016 · INVENT... | (756.00) | 756.00 |
| | | | | SYRIN... | 4010 · SALES | (235.50) | 235.50 |
| | | | | SYRIN... | 4010 · SALES | (285.00) | 285.00 |
| | | | | SYRIN... | 4010 · SALES | (285.00) | 285.00 |
| | | | | SWAB... | 4010 · SALES | (375.00) | 375.00 |
| TOTAL | | | | | | (2,566.50) | 2,566.50 |
| | | | | | | | |
| Bill Pmt -Che... | 1006 | 11/25/2008 | Noble House | | 1005 · OPERA... | | (277.35) |
| Bill | | 11/10/2008 | | | 7086 · NOBLE ... | (277.35) | 277.35 |
| TOTAL | | | | | | (277.35) | 277.35 |
| | | | | | | | |
| Bill Pmt -Che... | 1007 | 11/25/2008 | BROWARD PA... | | 1005 · OPERA... | | (318.26) |
| Bill | | 11/25/2008 | | | 5020 · SHIPPIN... | (318.26) | 318.26 |
| TOTAL | | | | | | (318.26) | 318.26 |
| | | | | | | | |
| Bill Pmt -Che... | 1009 | 11/26/2008 | JOSE BENITEZ | | 1005 · OPERA... | | (384.42) |
| Bill | | 11/26/2008 | | | 6090 · PAYRO... | (384.42) | 384.42 |
| TOTAL | | | | | | (384.42) | 384.42 |
| | | | | | | | |
| Check | 2122 | 11/15/2008 | COMPUPAY | | 1010 · WACHO... | | (385.07) |
| | | | | | 6090 · PAYRO... | (385.07) | 385.07 |
| TOTAL | | | | | | (385.07) | 385.07 |

Page 4

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: __Pharmacy Distributor Services, Inc.__   Case Number: __08-27284__

Reporting Period beginning __11/13/2008__        Period ending __11/30/2008__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____    PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ _____ |

Case 08-27284-EPK   Doc 58   Filed 01/20/09   Page 21 of 34

| EE # / DEPT # / CLOCK # | EE NAME / RATE | HOURS REG. | HOURS O.T. | HOURS CODED C | EARNINGS REG. | EARNINGS O.T. | EARNINGS CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED C | EXP. REIMB. (CR.) C | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7434 | ABRIETA, MARIA A. | | | | | | | | | | | | | | | | | | 2121 |
| | 19000 | 4000 | 103 | | 76000 | 2936 | 20000 B | 98936 | 13918 | 5861 / 1391 | | | | | | 2864 AF / 1546 HEA / 73376 D | | 00 | |
| 1115 | BENITEZ, JOSE | | | | | | | | | | | | | | | | | | 2122 |
| | 12000 | 3682 | | 325 VA | 44184 | | 3900 VA | 48084 | 4471 | 2885 / 675 | | | | | | 1546 HEA | | 38507 | |
| 2042 | CONNER, JOYCE S | | | | | | | | | | | | | | | | | | 2123 |
| | 13000 | 4000 | 60 | | 52000 | 1170 | | 53170 | 5234 | 3201 / 749 | | | | | | 1546 HEA / 42440 D | | 00 | |
| 2496 | CONNER, MICHAEL A | | | | | | | | | | | | | | | | | | 2124 |
| | 13000 | 4000 | 57 | | 52000 | 1112 | | 53112 | 5225 | 3197 / 748 | | | | | | 1546 HEA / 42396 D | | 00 | |
| 3585 | DONOVAN, LORI | | | | | | | | | | | | | | | | | | 2125 |
| | 21000 | 3992 | | | 83832 | | | 83832 | 7529 | 4984 / 1166 | | | | | | 1900 AF / 1546 HEA / 66707 D | | 00 | |
| 2392 | EIZENMAN, CHRISTOPHER I. | | | | | | | | | | | | | | | | | | 2126 |
| | 16000 | 4000 | 88 | | 64000 | 2112 | | 66112 | 5882 | 4003 / 936 | | | | | | 1546 HEA / 53785 D | | 00 | |
| 2464 | JANTUNEN, ANASTASIA | | | | | | | | | | | | | | | | | | 2127 |
| | 19000 | 4000 | 65 | | 76000 | 1853 | | 77853 | 7519 | 4680 / 1094 | | | | | | 831 AF / 1546 HEA / 62183 D | | 00 | |
| 0840 | LAMONT, ADRIANNE | | | | | | | | | | | | | | | | | | 2128 |
| | 15000 | 3895 | | | 58425 | | | 58425 | 4981 | 3622 / 847 | | | | | | 38995 D / 10000 D | | 00 | |
| 3389 | LYSAGHT, CRAIG M | | | | | | | | | | | | | | | | | | 2129 |
| | | | | | 100000 | | | 100000 | 13604 | 6200 / 1450 | | | | | | 78746 D | | 00 | |
| 1302 | LYSAGHT, JAMES | | | | | | | | | | | | | | | | | | 2130 |
| | | | | | 650000 | | | 650000 | 168898 | 40300 / 9425 | | | | | | 431377 D | | 00 | |
| 2245 | PEREZ-EIZENMAN, LOURDES | | | | | | | | | | | | | | | | | | 2131 |
| | 20000 | 4000 | 90 | | 80000 | 2700 | | 82700 | 8244 | 4979 / 1165 | | | | | | 842 AF / 1546 HEA / 47924 D / 10000 D / 7500 D / 500 C | | 00 | |

**CHECK REGISTER**

Case 08-27284-EPK   Doc 58   Filed 01/20/09   Page 22 of 34

| EE # EE NAME DEPT # CLOCK # | RATE | HOURS REG. | O.T. | CODED C | EARNINGS REG. | O.T. | CODED C | GROSS | TAXES DEDUCTED FEDERAL W/H | SS/MC | STATE W/H | OTHER | OTHER DEDUCTIONS MISC | ADVAN | LOAN | CODED C | EXP. REIMB. (CR.) C | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4741 SPOON, DONNA M. | 16000 | 4000 | 197 | | 64000 | 4728 | | 68728 | 9151 | 4261 997 | | | | | | 54319 D | | 00 | 2132 |
| 6718 SPOON, MARIE | 17000 | 4000 | 127 | | 68000 | 3239 | | 71239 | 9779 | 4417 1033 | | | | | | 56010 D | | 00 | 2133 |
| 7375 SZWEC, CHERYL C. | 21000 | 4000 | 97 | | 84000 | 2741 | | 86741 | 7577 | 5121 1198 | | | | | | 2601 AF 1546 HEA 68698 D | | 00 | 2134 |
| 7734 WILKINSON, TERRIE G. | 18000 | 3180 | | 800 VA | 57240 | | 14400 VA | 71640 | 6943 | 4442 1039 | | | | | | 59216 D | | 00 | 2135 |

| T O T A L S | REGULAR HOURS | REGULAR EARNINGS | O.T. HOURS | O.T. EARNINGS | VACATION HOURS | VACATION EARNINGS | HOLIDAY HOURS | HOLIDAY EARNINGS | | | SICK HOURS | SICK PAY | BONUS | OTHER | COMM | | TOTAL GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 507.49 | 16096.81 | 8.74 | 225.91 | 11.25 | 183.00 | | | | | | | 200.00 | | | | 16705.72 |
| | SS/MC | FEDERAL W/H | STATE W/H | CDE DED +GARN | MISC GARNI | ADVAN | LOAN | AFLAC | AFLAC | PRETA | +MISCR | GARNI | DIR. DEPOSIT CHECKS | MAN/VOID CHECKS | TOTAL NET | NO. OF ENTRIES | WEEK ENDING |
| | 1260.46 | 2789.35 | | | | | | 90.38 | | 139.14 | | | 12041.32 385.07 | | 12426.39 | 15 | 11/11/08 |

**CHECK REGISTER**

CHECK DATE: 11/14/08

| EE # EE NAME DEPT # CLOCK # RATE | | HOURS | | | EARNINGS | | | | TAXES DEDUCTED | | | | OTHER DEDUCTIONS | | | | | EXP. REIMB. (CR.) C | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG. | O.T. | CODED C | REG. | O.T. | CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED | C | | PAY | |
| 7414 ARRIETA, MARIA A. 19000 | | 4000 | 32 | | 76000 | 912 | 20000 B | 98912 | 13412 | 5735 1341 | | | | | | 2864 AF 1546 HEA 72014 | D | | 00 | 2136 |
| 1115 BENITEZ, JOSE 12000 | | 3472 | | 600 VA | 41664 | | 7200 VA | 48864 | 4588 | 2934 686 | | | | | | 1546 HEA | | | 39110 | 2137 |
| 2042 CONNER, JOYCE S 13000 | | 4000 | 57 | | 52000 | 1112 | | 53112 | 5225 | 3197 748 | | | | | | 1546 HEA 42396 | D | | 00 | 2138 |
| 2496 CONNER, MICHAEL A 13000 | | 4000 | 53 | | 52000 | 1034 | | 53034 | 5214 | 3192 747 | | | | | | 1546 HEA 42385 | D | | 00 | 2139 |
| 3585 DONOVAN, LORI 21000 | | 3560 | | 450 VA | 74760 | | 9450 VA | 84210 | 7586 | 5007 1171 | | | | | | 1900 AF 1546 HEA 67000 | D | | 00 | 2140 |
| 2392 EIZENMAN, CHRISTOPHER L 16000 | | 4000 | 58 | | 64000 | 1392 | | 65392 | 5774 | 3958 926 | | | | | | 1546 HEA 53188 | D | | 00 | 2141 |
| 2464 JANTUNEN, ANASTASIA 19000 | | 4000 | 53 | | 76000 | 1511 | | 77511 | 7467 | 4658 1089 | | | | | | 831 AF 1546 HEA 61920 | D | | 00 | 2142 |
| 0840 LAMONT, ADRIANNE 15000 | | 3958 | | | 59370 | | | 59370 | 5103 | 3681 861 | | | | | | 39725 10000 | D D | | 00 | 2143 |
| 3389 LYSAGHT, CRAIG M | | | | | 100000 | | | 100000 | 13604 | 6200 1450 | | | | | | 78746 | D | | 00 | 2144 |
| 1302 LYSAGHT, JAMES | | | | | 650000 | | | 650000 | 168698 | 40300 9425 | | | | | | 431377 | D | | 00 | 2145 |
| 2245 PEREZ-EIZENMAN, LOURDES 20000 | | 4000 | 58 | | 80000 | 1740 | | 81740 | 8100 | 4920 1151 | | | | | | 842 AF 1546 HEA 47181 10000 7500 500 | C C D D | | 00 | 2146 |

**CHECK REGISTER**

WEEK ENDING: 11/18/08  CHECK DATE: 11/21/08

Case 08-27284-EPK  Doc 58  Filed 01/20/09  Page 23 of 34

Case 08-27284-EPK   Doc 58   Filed 01/20/09   Page 24 of 34

| EE # / DEPT # / CLOCK # | RATE | HOURS REG. | HOURS O.T. | HOURS CODED C | EARNINGS REG. | EARNINGS O.T. | EARNINGS CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED C | EXP. REIMB. (CR.) C | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4741 SPOON, DONNA M. | 16000 | 4000 | 158 | | 64000 | 3792 | | 67792 | 8917 | 4203 / 983 | | | | | | 53699 D | | 00 | 2147 |
| 6718 SPOON, MARIE | 17000 | 3983 | | | 67711 | | | 67711 | 8837 | 4198 / 982 | | | | | | 53634 D | | 00 | 2148 |
| 7375 SZNEC, CHERYL C. | 21000 | 3970 | | | 83370 | | | 83370 | 7071 | 4912 / 1199 | | | | | | 2601 AF / 1546 HEA / 66091 D | | 00 | 2149 |
| 7734 WILKINSON, TERRIE S. | 18000 | 3185 | 800 VA | | 57330 | | 14400 VA | 71730 | 6957 | 4447 / 1040 | | | | | | 59286 D | | 00 | 2150 |

| T O T A L S | REGULAR HOURS | REGULAR EARNINGS | O.T. HOURS | O.T. EARNINGS | VACATION HOURS | VACATION EARNINGS | HOLIDAY HOURS | HOLIDAY EARNINGS | | | SICK HOURS | SICK PAY | BONUS | OTHER | COMM | | TOTAL GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 501.28 | 15982.05 | 4.69 | 114.93 | 18.50 | 310.50 | | | | | | | 200.00 | | | | 16607.48 |
| | SS/MC | FEDERAL W/H | STATE W/H | CDE DED +GARN | MISC GARN1 | ADVAN | LOAN | AFLAC | AFLAC | PRETA | +MISCR | GARNT | DIR. DEPOSIT CHECKS | MAN/VOID CHECKS | TOTAL NET | NO. OF ENTRIES | WEEK ENDING |
| | 1252.91 | 2768.13 | | | | | | 90.38 | | 139.14 | | | 11965.82 / 391.10 | | 12356.92 | 15 | 11/18/08 |

**CHECK REGISTER**

CHECK DATE: 11/21/08

Case 08-27284-EPK   Doc 58   Filed 01/20/09   Page 25 of 34

| EE # / DEPT # / CLOCK # | EE NAME / RATE | HOURS | | | EARNINGS | | | | TAXES DEDUCTED | | | | OTHER DEDUCTIONS | | | | EXP. REIMB. | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG. | O.T. | CODED C | REG. | O.T. | CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED C | (CR.) C | | |
| 7414 | ARRIETA, MARIA A. 19000 40.00 | | | | 76000 | | 20000 B | 96000 | 13184 | 5679 1328 | | | | | | 2864 AF 1546 HEA 71399 D | | 00 | 2151 |
| 1115 | BENITEZ, JOSE 12000 40.00 | | | | 48000 | | | 48000 | 4458 | 2880 674 | | | | | | 1546 HEA | | 38442 | 2152 |
| 2042 | CONNER, JOYCE S 13000 40.00 | | | | 52000 | | | 52000 | 5058 | 3128 732 | | | | | | 1546 HEA 41536 D | | 00 | 2153 |
| 2496 | CONNER, MICHAEL A 13000 40.00 | | | | 52000 | | | 52000 | 5058 | 3128 732 | | | | | | 1546 HEA 41536 D | | 00 | 2154 |
| 3585 | DONOVAN, LORI 21000 40.00 | | | | 84000 | | | 84000 | 7554 | 4994 1168 | | | | | | 1900 AF 1546 HEA 66838 D | | 00 | 2155 |
| 2392 | EIZENMAN, CHRISTOPHER L 16000 40.00 | | | | 64000 | | | 64000 | 5565 | 3872 906 | | | | | | 1546 HEA 52111 D | | 00 | 2156 |
| 2464 | JANTUNEN, ANASTASIA 19000 40.00 | | | | 76000 | | | 76000 | 7241 | 4565 1068 | | | | | | 831 AF 1546 HEA 60749 D | | 00 | 2157 |
| 0840 | LAMONT, ADRIANNE 15000 40.00 | | | | 60000 | | | 60000 | 5197 | 3720 870 | | | | | | 40213 D 10000 D | | 00 | 2158 |
| 3389 | LYSAGHT, CRAIG M | | | | 100000 | | | 100000 | 13604 | 6200 1450 | | | | | | 78746 D | | 00 | 2159 |
| 1302 | LYSAGHT, JAMES | | | | 650000 | | | 650000 | 168898 | 40300 9425 | | | | | | 431377 D | | 00 | 2160 |
| 2249 | PEREZ-EIZENMAN, LOURDES 20000 32.00 | | | 800 VA | 64000 | | 16000 VA | 80000 | 7839 | 4812 1125 | | | | | | 842 AF 1546 HEA 45836 D 10000 D 7500 D 500 D | | 00 | 2161 |

**CHECK REGISTER**

WEEK ENDING: 11/25/08   CHECK DATE: 11/26/08

Case 08-27284-EPK　Doc 58　Filed 01/20/09　Page 26 of 34

| EE # DEPT # CLOCK # | RATE | REG. | O.T. | CODED C | REG. | O.T | CODED C | GROSS | FEDERAL W/H | SS/MC | STATE W/H | OTHER | MISC | ADVAN | LOAN | CODED C | EXP. REIMB. (CR.) C | NET PAY | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4741 SPOON, DONNA M. | 16000 | 4000 | | | 64000 | | | 64000 | 8100 | 3968 928 | | | | | | 51004 D | | 00 | 2162 |
| 6718 SPOON, MARIE | 17000 | 4000 | | | 68000 | | | 68000 | 8969 | 4216 986 | | | | | | 53829 D | | 00 | 2163 |
| 7375 SZNEC, CHERYL C. | 21000 | 3800 | | 200 VA | 79800 | | 4200 VA | 84000 | 7165 | 4951 1159 | | | | | | 2601 AF 1546 HEA 66579 D | | 00 | 2164 |
| 7734 WILKINSON, TERRIE G. | 18000 | 3200 | | 800 VA | 57600 | | 14400 VA | 72000 | 6997 | 4464 1044 | | | | | | 59495 D | | 00 | 2165 |

| T O T A L S | REGULAR HOURS | REGULAR EARNINGS | O.T. HOURS | O.T. EARNINGS | VACATION HOURS | VACATION EARNINGS | HOLIDAY HOURS | HOLIDAY EARNINGS | | | SICK HOURS | SICK PAY | BONUS | OTHER | COMM | | TOTAL GROSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 502.00 | 15954.00 | | | 18.00 | 346.00 | | | | | | | 200.00 | | | | 16500.00 |
| | SS/MC | FEDERAL W/H | STATE W/H | CDE DED +GARN | MISC GARNI | ADVAN | LOAN | AFLAC | AFLAC | PRETA | +MISCR | GARNI | DIR. DEPOSIT CHECKS | MAN/VOID CHECKS | TOTAL NET | NO. OF ENTRIES | WEEK ENDING |
| | 1244.71 | 2748.87 | | | | | | 90.38 | | 139.14 | | | 11892.48 384.42 | | 12276.90 | 15 | 11/25/08 |

**CHECK REGISTER**

CHECK DATE: 11/26/08

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  __Pharmacy Distributor Services, Inc.__      Case Number:  __08-27284__

Reporting Period beginning __11/13/2008__      Period ending  __11/30/2008__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: __Wachovia__      BRANCH: _____

ACCOUNT NAME: __Tax__      ACCOUNT NUMBER: __2000043881226__

PURPOSE OF ACCOUNT: __TAX__

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 69.54 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 69.54 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-11

2:18 PM

December 17, 2008

## PHARMACY DISTRIBUTOR SERVICES, INC.
## Reconciliation Summary
### 1004 · TAX ACCOUNT, Period Ending 11/30/2008

|  | Nov 30, 08 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 it...** | (30.46) |
| **Deposits and Credits - 1 item** | 100.00 |
| **Total Cleared Transactions** | 69.54 |
| **Cleared Balance** | **69.54** |
| **Register Balance as of 11/30/2008** | 69.54 |
| **Ending Balance** | 69.54 |



# Custom Business Checking

01      2000043881226   036   130          0   38      128,068

00044800 02 AV  0.449 02   5DG 162

ıllıllıllılllıllıllıllıllılllıllllllıllılllıll

PHARMACY DISTRIBUTOR SERVICES, INC.
DEBTOR IN POSSESSION                    CB
BK 08-27284-EPK
112 INTRACOASTAL POINTE DRIVE
JUPITER FL 33477

---

# Custom Business Checking                    11/19/2008 thru 11/28/2008

Account number:       2000043881226
Account owner(s):     PHARMACY DISTRIBUTOR SERVICES, INC.
                      DEBTOR IN POSSESSION
                      BK 08-27284-EPK

## Account Summary

| | |
|---|---|
| Opening balance 11/19 | $0.00 |
| Deposits and other credits | 100.00 + |
| Other withdrawals and service fees | 30.46 - |
| **Closing balance 11/28** | **$69.54** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/19 | 100.00 | ASAP CREDIT TRANSFER 2000034352939 |
| **Total** | **$100.00** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/26 | 30.46 | AUTOMATED DEBIT  HARLAND CLARKE  CHK ORDERS CO. ID. 9500021440 081126 PPD MISC 090 08329009130 |
| **Total** | **$30.46** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/19 | 100.00 | 11/26 | 69.54 | | |

---

WACHOVIA BANK, N.A. , JUPITER CREEK                    page 1 of 2

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  __Pharmacy Distributor Services, Inc.__     Case Number:  __08-27284__

Reporting Period beginning __11/13/2008__          Period ending  __11/30/2008__

NAME OF BANK:  __Wachovia__          BRANCH:  _____

ACCOUNT NAME:  __Tax__          ACCOUNT #  __2000043881226__

PURPOSE OF ACCOUNT:  _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 11/26 | | Harland | checks and deposit slips | 30.46 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                          __30.46__ (d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                     _____(a)
Sales & Use Taxes Paid                                             _____(b)
Other Taxes Paid                                                       _____(c)
TOTAL                                                                       _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| 112 Intracoastal | 10.00 | 10.00 | 0 |
| | | | |
| | | | |

**TOTAL**                               **$   10.00**          (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____10.00_____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  __Pharmacy Distributor Services, Inc.__    Case Number:  __08-27284__

Reporting Period beginning  __11/13/2008__    Period ending  __11/30/2008__

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                                    $    0

MOR-14

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: ___Pharmacy Distributor Services, Inc.___    Case Number: ___08-27284___

Reporting Period beginning ___11/13/2008___    Period ending ___11/30/2008___

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| James Lysaght | President | Salary | 19500.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 15 |  |
| Number hired during the period | 0 |  |
| Number terminated or resigned during period | 0 |  |
| Number of employees on payroll at end of period | 15 |  |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| StateFarm |  | 1260250-F22-59 | auto | 12/22/08 | 12/22/08 |
| Technology |  | TWC3178003 | workers comp | 11/15/09 | paid weekly |
| Century |  | CCF531611 | Property | 03/01/09 | 03/01/09 |
| Nationwide |  | 77PR8178203001 | Comercial | 03/01/09 | 03/01/09 |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**X Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16